

**WSH&B** WOOD SMITH HENNING & BERMAN LLP

505 North Brand Boulevard, Suite 1100
Glendale, California 91203
tel 818 551-6000  fax 818 551-6050

Direct dial:  (818) 551-6006
Email:        rohanian@wshblaw.com
Website:      www.wshblaw.com
Refer to:     05685-0202

November 23, 2011



GRANTED
Paul S. Grewal
Judge Paul S. Grewal

*VIA ELECTRONIC FILING*

Clerk's Office
United States District Court
280 South 1st Street
2nd Floor
San Jose, CA 95113

Re:   *USAA v. Franke Consumer Products, Inc.*
      Our Client:   Franke Consumer Productions, Inc. dba Franke Kitchen Systems
      Case No.:     USDC-Northern District 5:11-cv-05430-PSG

Dear Clerk:

Please be advised that our office is located in Glendale, California, which would require that we travel long distance to northern California to appear in person at the December 27, 2011 Case Management Conference. As such, please accept this as our formal written request to appear via CourtCall on behalf of our client, Defendant Franke Consumer Productions, Inc. dba Franke Kitchen Systems.

Thank you for your consideration.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
      JOSHUA A. QUINONES
      RAFFI H. OHANIAN

JAQ/RHO:kmm
LEGAL:05685-0202/2122120.1