1  GILBERT S. HERNANDEZ
   (SBN 236883)
2  COZEN O'CONNOR
   501 West Broadway, Suite 1610
3  San Diego, CA  92101
   Telephone: 619.234.1700
4  Facsimile: 619.234.7831

5  Attorneys for Plaintiff UNITED SERVICES
   AUTOMOBILE ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| UNITED SERVICES AUTOMOBILE ASSOCIATION, an unincorporated association, with its principal place of business located in San Antonio, Texas;<br><br>Plaintiff,<br><br>vs.<br><br>FRANKE CONSUMER PRODUCTS, INC., dba FRANKE KITCHEN SYSTEMS, a Delaware corporation; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No. CV11-05430-PSG<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO MARCH 1, 2012 (SECOND REQUEST)** |
|---|---|

**TO: THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their counsel of record, that the current Initial Case Management Conference date of January 31, 2012, in Courtroom 5 before Magistrate Judge Paul Singh Grewal, be continued another 30 days to **March 1, 2012**, or a date thereafter convenient for the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Good cause exists to continue the Initial Case Management Conference date due to
2  Plaintiff's pending Motion to Remand, proceeding held on January 24, 2012. Counsel presented
3  oral arguments, and the Court took the matter under submission, written order to be issued. As
4  such, the parties respectfully request the Initial Case Management Conference be continued another
5  30 days.

7  DATED: January 24, 2012                COZEN O'CONNOR

                                          By: /s/ Gilbert S. Hernandez
                                              GILBERT S. HERNANDEZ
                                              Attorneys for Plaintiff
                                              UNITED SERVICES AUTOMOBILE
                                              ASSOCIATION

   DATED: January 24, 2012                WOOD, SMITH, HENNING & BERMAN, LLP

                                          By: /s/ Raffi H. Ohanian
                                              JOSHUA A. QUINONES
                                              RAFFI H. OHANIAN
                                              Attorneys for Defendant
                                              FRANKE CONSUMER PRODUCTS, INC. dba
                                              FRANKE KITCHEN SYSTEMS

SAN_DIEGO\595098\1  262575.000

The January 31, 2012 case management conference is continued to Tuesday, March 6, 2012 at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 25, 2012

                                          _____
                                          By: Paul S. Grewal, U.S. Magistrate Judge